UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: **21-22671-CIV-MARTINEZ-BECERRA**

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiffs,

vs.

WIN CAPITAL, LLC,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff Affordable Aerial Photography, Inc.'s Motion for Entry of Final Judgment by Default Against Defendant Win Capital, LLC. (ECF No. 19). Judge Becerra filed an R&R recommending that the Motion for Final Default Judgment be granted in part and denied in part. (*Id.* at 1, 19). Specifically, the R&R concluded that Defendant is liable for copyright infringement, and that Plaintiff is entitled to $120,000.00 in statutory damages, $4,839.80 in attorneys' fees and costs, and a permanent injunction to prevent Defendant's continued use of the four photographs at issue. The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 19), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiffs' Motion for Default Judgment, (ECF No. 13), is **GRANTED IN PART AND DENIED IN PART** as set forth in the R&R. The Court shall enter final judgment by separate order.

**DONE AND ORDERED** in Miami, Florida, this 1 day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to: Magistrate Judge Becerra & All Counsel of Record